UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.   6:17-cv-60-ORL-41-DCI

CHARLES I. NASH,

    Plaintiff(s),

vs.

THE STANDARD INSURANCE COMPANY,

    Defendant(s).
_____/

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on August 9, 2017, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    [✓] All individual parties and their respective trial counsel.
    [✓] Designated corporate representatives.
    [✓] Required claims professionals.

(a)     The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____
_____

(c)     The outcome of the mediation conference was:

[✓] The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

[ ] The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____.

_____    The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____    The parties have reached an impasse.

**Done this** August 9, 2017, in Orange County, Florida.

## CERTIFICATE OF SERVICE

I, hereby certify that on 8/9/17, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to: Gregory Swartwood, Esquire, gswartwood@nationlaw.com; Jjones@nationlaw.com; Wendy L. Furman, Esquire, wendy.furman@emhllp.com; marcia.lamarque@emhllp.com; pfjlaw2101@aol.com.

A. Michelle Jernigan, Mediator
Mediator #647 FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, Florida 32751
407- 661-1123 phone / 407-661-5743 facsimile
mjernigan@uww-adr.com